1
2
3
4
5
6
7

FILED
BY _____ DEPUTY
NOV - 9 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. EDCR 01-00002-RT |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| vs. | ) HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 |
| JOHN LEROY SELLERS, | ) U.S.C. § 3143 (a)] |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • Alleged offense conduct / violation of supervised release

1

1  • PRIOR BENCH WARRANT

3  and/or

4  B. [✓]   The defendant has not met his/her burden of establishing by clear and
convincing evidence that he/she is not likely to pose a danger to the safety of any
other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This
finding is based on: • CRIMINAL HISTORY
• ALLEGED OFFENSE
• FRAUD/THEFT OFFENSE ALLEGATIONS WHILE ON
SUPERVISED RELEASE.

IT THEREFORE IS ORDERED that the defendant be detained pending the
further revocation proceedings.

DATED: 11/9/09

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2